```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

```
BERTINO & ASSOCIATES, INC.,   :   Civil No. 12-6603 (JEI/AMD)
                              :
        Plaintiff,            :
                              :   ORDER DENYING DEFENDANT'S
        v.                    :   MOTION TO DISMISS
                              :        (Docket #14)
R L YOUNG, INC., D/B/A        :
YOUNG & ASSOCIATES,           :
                              :
        Defendant.            :
```

**APPEARANCES:**

LEECH TISHMAN FUSCALDO & LAMPL, LLC
By: David S. Finkler, Esq.
4225 Naperville Road, Suite 230
Lisle, Illinois 60532
       Counsel for Plaintiff

COZEN O'CONNOR
By: John P. Johnson, Jr., Esq.
Liberty View
457 Haddonfield Road, Suite 300
Cherry Hill, New Jersey 08002
       Counsel for Defendant


**IRENAS,** Senior United States District Judge:

This matter having appeared before the Court upon Defendant's Motion to Dismiss (Docket #14), the Court having considered the submissions of the parties, having heard oral argument on July 29, 2013, for the reasons set forth in an

Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 1st day of August, 2013,

**ORDERED THAT:**

Defendant's Motion to Dismiss (Docket #14) is hereby **DENIED**.

```
         s/ Joseph E. Irenas
        JOSEPH E. IRENAS
        Senior United States District Judge
```